IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:                                              )
    FREDDIE JOE SMITH, JR.                )          CASE #  14-04629-5-RDD
    CHRISTY LEE SMITH                           )
                         Debtors                      )

CHAPTER 13 PLAN

1.    Amount of each payment to be made by the debtor:

    $115.00 per month for 57 months

2.    Amount to be paid to unsecured creditors.

    To be determined by Chapter 13 Trustee when claims filed

3.    For secured creditors, whose regular monthly payment will be paid outside the Chapter 13 Plan, provide the following data:

| NAME | DESCRIPTION COLLATERAL | TOTAL AMOUNT OF BALANCE OWING |
|---|---|---|
| Affordable Used Cars | 2003 Pontiac Grand Am | $3,907.87 |
| Affordable Used Cars | 1998 Chevrolet Lumina | $3,339.63 |

4.    For secured creditors, whose default is being cured inside the Chapter 13 Plan and regular monthly payment will be paid inside the Chapter 13 Plan, provide the following data:

| NAME | DESCRIPTION COLLATERAL | TOTAL AMOUNT OF DEFAULT TO BE CURED | BALANCE OWING |
|---|---|---|---|
| None | | | |

                                -  admin payments
                                - due on 1st of each month
                                - $*  per month

5. For other secured creditors being dealt with under the Plan, to be paid based on valuation, provide the following:

| NAME | COLLATERAL AND VALUE CLAIMED |
|---|---|
| Best Buy Credit Services | Computer/$1,000.00 |

6. For other secured creditors whose property will be surrendered, provide the following information:

| NAME | COLLATERAL AND BALANCE |
|---|---|
| Central Loan Administration | Single Family Dwelling/152,802.00 |

7. For other secured creditors, whose lien will be avoided, provide the following information:

| NAME | COLLATERAL AND BALANCE |
|---|---|

NONE

8. For Priority Claims to be paid inside the Chapter 13 Plan, provide the following information:

| NAME | BALANCE OWING |
|---|---|

None

9. For Executory Contracts, whose contract will be assumed/rejected, provide the following information

| NAME | INTENTION |
|---|---|
| CRI Properties | Assume |
| Moore Realty | Reject |

10. Other information which should be included in a fair summary: Attorneys fees in the amount of $3,600.00 to be paid through the Chapter 13 Plan.

| 8/11/2014 | s/ John P. Simpson |
|---|---|
| Dated | Signature of Attorney for Debtors |

L:\ClientDirectories\2014 Filings\SmithFreddieCH13\CH13PLAN.frm - jtb

CERTIFICATE OF SERVICE

I, JOHN P. SIMPSON, of ERWIN & SIMPSON, P.L.L.C. certify:

That I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age;

That on August __11__, 2014, I filed the foregoing Chapter 13 Plan through Case Management/Electronic Case Filing and service of said document will be obtained electronically, via overnight delivery, to the following party at his e- mail address which he has provided to the court:

>Joseph A. Bledsoe, III
>Chapter 13 Trustee
>P.O. Box 1618
>New Bern, NC 28563

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __August  11__, 2014.

ERWIN & SIMPSON, P.L.L.C.

s/ John P. Simpson
JOHN P. SIMPSON
State Bar # 4006
Attorney for Debtor(s)
825 Gum Branch Road, Suite 115
Jacksonville, NC  28540
Telephone: (910) 347-7755
Facsimile:  (910) 346-5883

L:\Chapter 13 - forms\CertservCH13electronic.wpd